IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION


DEMETRIOUS AVERETT                                                    PETITIONER

VS.                          CASE NO. 2:06CV00084 HLJ

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                           RESPONDENT


## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS

CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby,

dismissed without prejudice as moot.

SO ADJUDGED this 13th day of June, 2006.


_Henry L. Jones, Jr._
UNITED STATES MAGISTRATE JUDGE